

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00351-CV

| | | |
|---|---|---|
| THE CITY OF FORT WORTH, TEXAS, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | of Tarrant County (2018-004126-2) |
| V. | § | January 16, 2020 |
| DIANNE POSEY, Appellee | § | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant City of Fort Worth shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
       Justice Wade Birdwell